JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/31/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE LUCERO,<br><br>    Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC., and DOES 1-20,<br><br>Defendants. | **Case No. 5:17-cv-00432-MWF(FFMx)**<br><br>[The Hon. Michael W. Fitzgerald, Courtroom 5A]<br><br>**ORDER ON PARTIES' STIPULATION TO REMAND CASE BACK TO SAN BERNARDINO COUNTY SUPERIOR COURT, LIMITED JURISDICTION**<br><br>*Action Filed:    1/20/2017* |

## **ORDER**

Good cause appearing therefor, IT IS ORDERED THAT:

1. This action immediately be remanded to the San Bernardino County Superior Court in Limited Jurisdiction;
2. Each party shall bear their own attorneys' fees and costs with respect to the removal and subsequent remand of the action;

/ / /

3. This stipulation moots all pending deadlines and hearings in this case, and those deadlines and hearing dates shall be taken off calendar.

DATED: May 31, 2017

_____
The Hon. Michael W. Fitzgerald
United States District Judge